| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Pallmeyer, Rebecca R. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Artile III Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Room 2178<br>Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Pallmeyer_Rebecca_R**

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | U.S. District Judge Salary | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. 2008 | Northwestern University Salary |
| 3. 1/19/08 | Honorarium: Akron General Health System $1,000.00 |
| 4. 2/13/08 | Honorarium: Lake Forest Academy $1,000.00 |
| 5. 3/02/08 | Royalty: John Wiley & Sons |
| 6. 4/11/08 | Royalty: Guilford Press |
| 7. 5/04/08 | Honorarium: Michigan Psychotherapy Society $2,000.00 |
| 8. 5/04/08 | Honorarium: University of Pennsylvania $1,000.00 |
| 9. 5/07/08 | Honorarium: University of British Columbia $415.00 |
| 10. 5/13/08 | Honorarium: Catholic University of Milan $1,000.00 |
| 11. 5/16/08 | Honorarium: Ginza Ko Chu, Tokyo $1,130.00 |
| 12. 6/16/08 | Royalty: Taylor & Francis Group |
| 13. 6/27/08 | Honorarium: University of Chicago $40.00 |
| 14. 7/01/08 | Royalty: American Psychological Association Press |
| 15. 8/06/08 | Honorarium: Church Divinity School of the Pacific $1,500.00 |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R.    - | 05/11/2009 |

| 16. 9/02/08 | Royalty: John Wiley & Sons |
|---|---|
| 17. 10/01/08 | Royalty: Guilford Press |
| 18. 10/21/08 | Honorarium: Villanova University $500.00 |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐   NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Valparaiso University | 3/31/08 - 4/2/08 | Valparaiso, IN | Speaker - Seminar | Transporation |
| 2. University of Texas Law School    - | 4/10/08 - 4/12/08 | Austin, TX | Speaker - Seminar | Transporation, Meals |
| 3. Seventh Circuit Bar Association | 5/18/08 - 5/20/08 | Chicago | Seventh Circuit Meeting | Meals, Seminars |
| 4. Amerian Law Institute-American Bar Association | 7/23/08 - 7/26/08 | Santa Fe, NM | Panel Member - Seminar | Transporation, Meals |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. The American Funds New World Fund A | A | Dividend | | | Sold | 7/30 | K | D | |
| 2. Checking Account: Chase, Evanston, IL | A | Interest | J | T | | | | | |
| 3. CD: Chase, Evanston, IL | A | Interest | J | T | | | | | |
| 4. Money Market Accounts: Chase, Evanston, IL | A | Interest | L | T | | | | | |
| 5. TIAA-CREF | | None | N | T | | | | | |
| 6. Metropolitan Life | A | Dividend | J | T | | | | | |
| 7. Pioneer Micro Cap Fund | A | Dividend | | | Sold | 7/30 | K | A | |
| 8. Chase Investment Account Serv. JP Morgan Govt Bond Class A | C | Dividend | | | Sold | 7/30 | M | A | |
| 9. Centennial Money Market Tr. | A | Dividend | | | Sold | 7/30 | K | A | |
| 10. Eaton Vance Tax Mgmt Emerging Markets Instl. | A | Dividend | J | T | Buy | 8/05 | J | | |
| 11. Fidelity Advisor Leveraged Co. Stk. Cl.1 | A | Dividend | J | T | Buy | 8/01 | K | | |
| 12. Harbor Bond Inst. | B | Dividend | L | T | Buy | 8/01 | L | | |
| 13. I Shares S & P 500 Index Fund | A | Dividend | K | T | Buy | 8/05 | K | | |
| 14. I Shares TR MSCI. Eafe. Index Fund | A | Dividend | J | T | Buy | 8/05 | J | | |
| 15. Market Vectors ETF TR. Global Alternative Energy | A | Dividend | J | T | Buy | 8/05 | K | | |
| 16. Prim. Fund Capical Reserves | A | Dividend | J | T | Buy | 7/31 | K | | |
| 17. Keeley Small Cap Value Class A | A | Dividend | K | T | Buy | 8/05 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/11/2009- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544